People v Daniels (2025 NY Slip Op 05960)

People v Daniels

2025 NY Slip Op 05960

Decided on October 29, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 29, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

CHERYL E. CHAMBERS, J.P.
ROBERT J. MILLER
BARRY E. WARHIT
CARL J. LANDICINO, JJ.

2014-06292
 (Ind. No. 3562/12)

[*1]The People of the State of New York, respondent,
v
Anthony Daniels, appellant.

Anthony Daniels, Stormville, NY, appellant pro se.
Eric Gonzalez, District Attorney, Brooklyn, NY (Leonard Joblove, Keith Dolan, and Kaley Hanenrkat of counsel), for respondent.
Patricia Pazner, New York, NY (Mark W. Vorkink of counsel), former appellate counsel.

DECISION & ORDER
Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated August 8, 2018 (People v Daniels, 164 AD3d 599), affirming a judgment of the Supreme Court, Kings County, rendered June 11, 2014.
ORDERED that the application is denied.
The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see Jones v Barnes, 463 US 745; People v Stultz, 2 NY3d 277).
CHAMBERS, J.P., MILLER, WARHIT and LANDICINO, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court